UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __11-20052-CR-MOORE/SIMONTON__

UNITED STATES OF AMERICA

    Plaintiff,
v.

**LUIS SALOM**
DOB: 1962 (J)#96340-004
    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**

AUSA __Thomas Watts-FitzGerald__
Agent_____

  The above-named defendant having been arrested on_____having appeared before the court for initial appearance **on** _____**2/11/2011**_____and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon
  **ORDERED** as follows:
1. __Luis Fernandez, Esq./George Cholakis, (Pro Hac Vice Application Pending)__ appeared as permanent counsel of record.
  Address:_____
  Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
  Address: _____
  Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2010.

4. Arraignment hearing held at __10am____**2/11/2011**_____, 2010. **Waiver of Indictment executed in Open Court.**

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __10am_____, 2010.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
 **$10,000 Personal Surety Bond**_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

<u>       LUIS SALOM       </u>

\_\_\_\_a. Surrender all passports and travel document to the Pretrial Services Office and not to obtain any travel documents during the pendency of the case.

<u> X </u>b. Report to Pretrial Services as follows:\_\_\_\_time(s) a week in person; \_\_\_\_time(s) a week by phone ; <u> X </u> as directed; <u>other                                  </u>

<u> X </u>c. Submit to random urine testing and/or treatment by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

\_\_\_\_d. Maintain or actively seek full time gainful employment.

\_\_\_\_e. Maintain or begin an educational program.

\_\_\_\_f. Avoid all contact with victims of or witnesses to the crimes charged.

\_\_\_\_g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

\_\_\_\_h. Comply with the following curfew: _____

\_\_\_\_i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

<u> X </u>j. Comply with the following additional special conditions of this bond:
<u>  Travel extended to the Continental United States, other travel with permission from the Court  </u>

This bond was set: At Arrest _____
                       On Warrant _____
                       After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

      **DONE AND ORDERED** at <u>Miami, Florida</u> this <u> 11th </u> day of <u> February    </u>, 2011.

                                                      **ANDREA M. SIMONTON**
                                                    **UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defense Counsel
   Pretrial Services/Probation