UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   11-20052-CR-MOORE/SIMONTON

UNITED STATES OF AMERICA

vs.

LUIS SALOM,

_____Defendant._____/

## GOVERNMENT'S FACTUAL PROFFER

The parties hereto agree that if this matter proceeded to trial, the United States could prove beyond a reasonable doubt, by documentary and testimonial evidence, that:

The United States Department of Agriculture (USDA) is a Department and agency of the United States within the meaning of Title 18, United States Code, Section 1017.

USDA operates through a variety of subordinate agencies, including the Agricultural Marketing Service, Fruit and Vegetables Program, Processed Products Division, which is authorized to employ the official seal and logo of the USDA in connection with the execution of its authorized functions.

At all times relevant hereto, USDA maintained an office in Ripon, Wisconsin. Blommer Chocolate Company, of Chicago, Illinois, marketed a variety of products, including cocoa powder to various customers, including defendant LUIS SALOM, d/b/a Southern Foods and Commodities, Inc., Miami Beach, Florida. Defendant's business included the brokering of cocoa powder to a customer located in Panama.

Beginning in approximately January 2009, the Government of Panama began enforcement of a requirement that certain commodities being imported into Panama, including chocolate items, be accompanied by a government statement attesting that the product was fit for human consumption.

On or about June 25, 2009, defendant, at Miami Beach, Florida, prepared a "Certificate of Human Consumption," which purported to be issued by the USDA Agricultural Marketing Service office in Ripon, Wisconsin and signed by a USDA Inspector. The document bears a falsified seal and logo of the United States Department of Agriculture and the name and signature is of a USDA employee who does not exist. The Certificate of Human Consumption also bears a notary statement which was fraudulently applied. The false Certificate was attached to Invoice #95, dated May 5, 2009, which accompanied an export of approximately 19,000 pounds of "Jet Black Cocoa And Morrocco Coating," valued at $34,734.00 from the Port of Newark, to Panama.

In addition to the Invoice, Certificate, and package of export/import documents related to the shipment at issue, defendant was interviewed by a USDA Compliance Officer on May 4, 2010 and provided a written statement in which he acknowledged having falsely created the Certificate of Human Consumption dated June 25, 2009.

Based on the foregoing, the United States respectfully submits that the admissible evidence in this case would support a reasonable jury in finding defendant LUIS SALOM guilty of all the essential elements of the offense of fraudulently and wrongfully affixing the seal and logo of USDA, a Department of the United States, upon a Certificate of Human Consumption in violation of Title

18, United States Code, Section 1017, as charged in the single count of the Information, in the captioned matter.

                        Respectfully submitted,

                        WIFREDO A. FERRER
                        UNITED STATES ATTORNEY

By:    _____
                        Thomas A. Watts-FitzGerald
                        Assistant U. S. Attorney