UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    CASE NO.  11-20052-CR-MOORE

UNITED STATES OF AMERICA,

        Plaintiff,        DEFENDANT LUIS SALOM'S
vs.                            STATEMENT OF ACCEPTANCE OF
                                  RESPONSIBILITY
LUIS SALOM,

        Defendant.
_____/

The Defendant LUIS SALOM with the assistance of his counsel files his DEFENDANT'S STATEMENT OF ACCEPTANCE OF RESPONSIBILITY and alleges:

1. Mr. Salom is charged by information with Misuse of a Government Seal in violation of Title 18 USC Section 1017, a Class D felony.

2.  Mr. Salom acknowledges that he fraudulently and wrongfully affixed and impressed the seal and logo of the United States Department of Agriculture (USDA) to a Certificate of Human Consumption purportedly issued by the USDA Agricultural Office in Ripon, Wisconsin.

3. Mr. Salom recognized his conduct and admitted his responsibility to the Department of Agriculture investigator/agent during his interview before the institution of charges, to the government through his counsel during negotiations, to the Court at his first appearance/ change of plea and reaffirms here in this statement to the probation officer and to the Court his wrongful conduct.

```
CASE NO. 11-20052-CR-MOORE         LUIS SALOM'S ACCEPTANCE OF
Page 2 of 2 Pages                  RESPONSIBILITY STATEMENT
```

4. Mr. Salom agrees with the Government's factual proffer presented during his change of plea.

I have read the above and this represents my statement re acceptance of responsibility to be provided to the Court in connection with my Pre Sentence Investigation Report.

Respectfully submitted,

LUIS SALOM, DEFENDANT

WE HEREBY CERTIFY that WE assisted Mr. LUIS SALOM in the preparation of this document to be presented to the probation office for inclusion on his PSI this 26th day of February, 2011.

| | |
|---|---|
| GEORGE D. CHOLAKIS<br>Florida Bar No. 813354 | LUIS FERNANDEZ, ESQ.<br>Florida Bar No. 271578 |

## CERTIFICATE OF SERVICE

WE Hereby Certify that a copy of the above Motion was sent via the Court's electronic filing system on this 28th day of February, 2011.

| | |
|---|---|
| George D. Cholakis<br>Attorney for LUIS SALOM<br>Florida Bar Number 0813354<br>2250 S.W. 3rd Ave. Suite 202<br>Miami, FL 33125<br>(305) 857-0491<br>Facsimile (305) 857-9490 | Luis Fernandez, Esq.<br>Attorney for LUIS SALOM<br>Florida Bar Number 271578<br>2250 S.W. 3rd Ave. Suite 303<br>Miami, FL 33125<br>(305) 854-5955<br>Facsimile  (305) 854-5324<br>Cell: 305-778-5955<br>E-Mail: Lfernandezlaw@aol.com |